COURT OF
APPEALS

                                                   EIGHTH DISTRICT OF
TEXAS

                                                              EL
PASO, TEXAS

 


 
 
  
  
  
  
 IN RE:  N.A.
 BOMBACH,
  
  
                                          
 Relator.
 
 
  
 '
    
 '
    
 '
    
 '
    
 '
    
  '
 
 
 
  
  
  
  
                   No. 08-12-00071-CV
  
 AN ORIGINAL
 PROCEEDING
  
 IN MANDAMUS
  
 
 
 
 
  
  
 
 
  
  
 
 
  
  
 
 


            MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS

 

 

            N.A. Bombach, Relator, asks that we
issue a writ of mandamus against the Honorable Bill Hicks, Judge of the 243rd
District Court of El Paso County, Texas because Respondent has ruled that
Relator is not entitled to advance payment of all legal expenses incurred in
connection with claims being pursued by Relator in Cause No. 2010-2026, Jonah Long-Term Holdings, LLC et al. v. N.A.
Bombach, in the 243rd District Court. 
Relator has also filed a motion for emergency relief to stay various
discovery deadlines and a trial setting. 


To be entitled to mandamus relief, a relator must meet two requirements.  First, the relator must show that the trial
court clearly abused its discretion.  In re Prudential Insurance Company of America,
148 S.W.3d 124, 135 (Tex. 2004).  Second,
the relator must demonstrate that there is no adequate remedy by appeal.  Id.
at 136.  Based on the record before us,
we conclude that Relator is not entitled to relief.  Accordingly, the petition for writ of mandamus
and the motion for emergency relief are denied.  See Tex.R.App.P. 52.8(a).

 

March 14, 2012                                   ________________________________________________

ANN CRAWFORD
McCLURE, Chief Justice

 

Before McClure, C.J., Rivera, and Antcliff, JJ.

Antcliff, J., not participating